JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. MOUNTFORD, <br> Petitioner, <br> v. <br> THE PEOPLE, <br> Respondent. | Case No. CV 20-2054-SVW (KK) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 14, 2020

HONORABLE STEPHEN V. WILSON
United States District Judge